# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138436

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

IJOMA EKWEDI RAYMOND a/k/a MAVIS
OGBONNA,
      Defendant-Appellant.

SC: 138436
COA: 287692
Oakland CC: 2001-179885-FC

_____/

On order of the Court, the application for leave to appeal the January 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

s0831